# President's Education Awards Program




presented to

Antonette Jefferson

in recognition of

## Outstanding Academic Achievement

1995

Dick Riley
U.S. Secretary of Education

Bill Clinton
President of the United States

Ann Steccare
Principal

Backus Middle
School

# The American Legion Certificate

# of School Award

This Certificate of Distinguished Achievement is awarded ANTONETTE JEFFERSON of JOSEPH R. KEENE ELEMENTARY School in recognition of attainment acquired as winner of The American Legion School Award.

In Further Recognition of the possession of those high qualities of Courage, Honor, Leadership, Patriotism, Scholarship and Service which are necessary to the preservation and protection of the fundamental institutions of our government and the advancement of society

This Award is made by HENRY C. SPENGLER POST #12

DEPARTMENT OF THE DISTRICT OF COLUMBIA, INC.

THE AMERICAN LEGION

James D. Garner

Commander




1455 Market St

San Francisco, CA 94103

Uber Tax ID Number: 45-2647441

# Antonette Jefferson

## Tax Summary for 2017

Thanks for driving with Uber in 2017. Below is a breakdown of your earnings over the year that may help you file your taxes.

| **Driving Totals** | **175** | **1,192.67** |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |



### Your Gross Earnings

Total Trip Earnings from Uber plus any other additional earnings

| | |
|---|---|
| Gross Trip Earnings | + $1,700.70 |
| Total Additional Earnings | + $80.48 |
| | **$1,781.18** |



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

| | |
|---|---|
| Expenses, Fees and Tax | - $1,536.65 |
| | **$1,536.65** |



### Your Net Payout

Not for tax filing purposes. This amount represents what was paid in your bank account.

| | |
|---|---|
| **Net Trip Earnings** | **$244.53** |
| | **= $244.53** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/tax for more information.



1455 Market St

San Francisco, CA 94103

Uber Tax ID Number: 45-2647441

# Antonette Jefferson

## Tax Summary for 2018

Thanks for doing driving with Uber in 2018. Below is a breakdown of your earnings over the year that may help you file your taxes.

**Driving Totals**

Online Miles shows all of the miles you drove while online, including off trip miles.

**52**

COMPLETED TRIPS

**390**

ONLINE MILES





Your Gross Earnings

Total Trip Earnings from Uber plus any other additional earnings

| | |
|---|---|
| Gross Trip Earnings | + $594.06 |
| Total Additional Earnings | +$54.82 |

**$648.88**





Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

| | |
|---|---|
| Expenses, Fees and Tax | + $218.56 |

**$218.56**



Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| | |
|---|---|
| **Net Earnings** | **$430.32** |

**$430.32**

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information

2018 summary



# Antonette Jefferson

Here's a summary of your earnings and rides for 2018. Thanks for driving with Lyft!

| **Your driving totals** | **76** | **516.71** |
|---|---|---|
| | Rides | Online miles |

## Gross earnings

| | |
|---|---|
| Ride payments | $918.57 |
| Non-ride earnings | $103.71 |

## Expenses

| | |
|---|---|
| Lyft platform fees | $138.45 |
| Service fees | $137.40 |
| Third-party fees | $24.56 |
| Tolls | $0.40 |
| Express Pay fees | $12.50 |

**Online miles**

The total miles you drove while online, including miles when you weren't picking up or dropping off a passenger.

**Ride payments**

The total amount passengers paid for the rides you gave.

**Non-ride earnings**

The total amount you earned outside of the rides you gave (like bonuses or referrals).

**Lyft platform fees**

The total Lyft platform fees passengers paid for the rides you gave. We use platform fees to help maintain the Lyft business.

**Service fees**

The total service fees passengers paid for the rides you gave. Service fees are added to every ride to support some of Lyft's operational costs, like insurance and background checks.

**Third-party fees**

The total third-party fees charged to passengers on your behalf for the rides you gave. Third-party fees include items such as airport fees and local taxes.

**Tolls**

The total reimbursements you got for tolls you paid out of pocket.

Student Portal Unofficial Transcript
For Antonette Jefferson

**Major(s)** LLM_IP

GPA Group: LLM

Term: May-17

| Course | Course Name | Credits | Grade | Category | Repeat |
|---|---|---|---|---|---|
| LLMIP6000LECT | LLM Copyright Law & Practice | 3.00 | B | Curriculum | No |

| | Attempted | Earned | GPA Hours | Grade Points | GPA |
|---|---|---|---|---|---|
| Term | 3.00 | 3.00 | 3.00 | 9.00 | 3.00 |
| Cumulative | 3.00 | 3.00 | 3.00 | 9.00 | 3.00 |

Term: Sep-17

| Course | Course Name | Credits | Grade | Category | Repeat |
|---|---|---|---|---|---|
| LLMIP6001LECT | LLM Licensing of Intellectual Property | 3.00 | A | Curriculum | No |
| LLMIP6003LECT | LLM Trademarks and Unfair Competition | 3.00 | A- | Curriculum | No |
| LLMIP6018LECT | LLM Patent Litigation | 2.00 | A- | Curriculum | No |
| LLMIP6053LECT | LLM Biotechnology and Intellectual Property Law | 2.00 | A | Curriculum | No |
| LLMIP6249LECT | LLM Privacy and Information Security | 2.00 | B | Curriculum | No |

| | Attempted | Earned | GPA Hours | Grade Points | GPA |
|---|---|---|---|---|---|
| Term | 12.00 | 12.00 | 12.00 | 44.35 | 3.70 |
| Cumulative | 15.00 | 15.00 | 15.00 | 53.35 | 3.56 |

Term: Jan-18

| Course | Course Name | Credits | Grade | Category | Repeat |
|---|---|---|---|---|---|
| LLMIN6098LECT | LLM Ins Co Formation Regulation & Governance | 3.00 | A | Curriculum | No |

| | Attempted | Earned | GPA Hours | Grade Points | GPA |
|---|---|---|---|---|---|
| Term | 3.00 | 3.00 | 3.00 | 12.00 | 4.00 |
| Cumulative | 18.00 | 18.00 | 18.00 | 65.35 | 3.63 |

Term: May-18

| Course | Course Name | Credits | Grade | Category | Repeat |
|---|---|---|---|---|---|
| LLMHS6221LECT | LLM Homeland & National Security Law Review - Exec. Board | 1.00 | CR | Curriculum | No |
| LLMIP6054LECT | LLM Intellectual Property in China and the Pacific Rim | 2.00 | B+ | Curriculum | No |
| LLMIP6072LECT | LLM Cybercrimes | 2.00 | B | Curriculum | No |

| | Attempted | Earned | GPA Hours | Grade Points | GPA |
|---|---|---|---|---|---|
| Term | 5.00 | 5.00 | 4.00 | 12.66 | 3.17 |
| Cumulative | 23.00 | 23.00 | 22.00 | 78.01 | 3.55 |

Term: Sep-18

| Course | Course Name | Credits | Grade | Category | Repeat |
|---|---|---|---|---|---|
| LLMHS6221LECT | LLM Homeland & National Security Law Review - Exec. Board | 1.00 | W | Curriculum | No |
| LLMIP6002LECT | LLM Patent Law | 3.00 | A- | Curriculum | No |

| | Attempted | Earned | GPA Hours | Grade Points | GPA |
|---|---|---|---|---|---|
| Term | 4.00 | 3.00 | 3.00 | 11.01 | 3.67 |

| | Attempted | Earned | GPA Hours | Grade Points | GPA |
|---|---|---|---|---|---|
| Cumulative | 27.00 | 26.00 | 25.00 | 89.02 | 3.56 |